**CV 15    6475**

42 USC §2000e 5(F)(3)
Job Descrimination

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Lisa Gindi
(Tenured Teacher)

MAUSKOPF, Jury Trial Demanded
GO, M.J.
**COMPLAINT**
ARTICLE 78 WRONGful Termination pursuant Article 75 to be overturned.

NAME OF PLAINTIFF(S)

v.

Mr. Thomas Bennett UFT & THE BODY OF THE UFT
DB. Ann Garner DOE & THE BODY OF THE DEPARTMENT OF EDUCATION
Mr. Hubert Guscott DOE & THE BODY OF THE DEPARTMENT OF EDUCATION

NAME OF DEFENDANT(S)

* NOV 12, 2009 FILED W/ EEOC AGAINST Rosa Levy Principal & against Catherine Murrissey Assist Principal Spec. Ed. BOTH WHOM WORK AT SBHS FOR THE Dept. of Education.

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

✓ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

✓ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

RECEIVED NOV 04 2015 PRO SE OFFICE

-1-

James Macklin (Sr.)
Jeff Redmond

Lisa Ginor
(Featured record)

Mr. Thomas's Concert W/3EJC show attended by
D3, Ann Gaines, DJ's the Jay's, Mel Hudson, and that
Mel Hudson Hudson DJ's on many of the shows reported to the
day in 1994 thru W3EJC show. Featuring Iwas signed

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

Lisa Gindi

1. Plaintiff resides at:

75-25 153 Street PH 23
Street Address

Queens, NY, 11367 (347)768-4043
County   State   Zip Code   Telephone Number

2. Defendant(s) resides at, or its business is located at:

Thomas Bennett
52 Broadway
Street Address

Manhattan NY, NY, 10007
County   City   State   Zip Code

Ann Gamer & Hubert Guscott 65 Court Street Bklyn NY 11201

3. The address at which I sought employment or was employed by the defendant(s) is:

Sheepshead Bay High School
3000 Ave X
Street Address

Kings, Brooklyn NY, 11235
County   City   State   Zip Code

4. The discriminatory conduct of which I complain in this action includes *(check only those that apply).*

- ✓ Failure to hire.
- ✓ Termination of my employment.
- ✓ Failure to promote.
- ✓ Failure to accommodate my disability.
- ✓ Unequal terms and conditions of my employment.
- ✓ Retaliation
- ✓ Other acts *(specify)*: Whistle blower action and retalitory descrimination abt my divorce

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on:
Date(s) 2000 - 2009, 2012-2015 January 5, 2010 and all dates at Medical Appth with the Dept of ED. and Arbitration appointments in 2012 & 2014

6. I believe that the defendant(s) *(check one)*

- ✓ is still committing these acts against me.
- ___ is not still committing these acts against me.

7. Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)*

- ✓ race WHITE/Caucasion    ✓ color WHITE
- ✓ gender/sex Female    ✓ religion JEWISH
- ✓ national origin Syrian Jewish / Romanian Jewish
- ✓ disability (lazy eye, reading and writing, learning a different subject matter on my own self taught school persistantly makes me teach out of license). Stress due to DIVORCE
- ✓ age. If age is checked, answer the following:

I was born in 1967. At the time(s) defendant(s) discriminated against me,
I was [✓] more [ ] less than 40 years old. *(check one).*

-3-

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8. The facts of my case are as follows:

① Tenured Teacher with no disciplinary charges worked with satisfactory ratings from '93 - 2010 (18 years) and in 2012-2013 no "U" for June ② Told Boss about my order of Protection + Divorce Hearings / Husband contested so took 5 extra days out of work ③ Boss Hits me to get me to pass failing students the following term ④ I would not pass 18 failing kids ⑤ I complain to Human Rights + SCI ⑥ I'm fired no just cause

*(Attach additional sheets as necessary)*

⑦ My Lawyer overturns Article 75 puts me to work in same school who discriminated against me ⑧ Student uses Type II category weapon on my ⑨ Reject my LODT ⑩ FIRED NO JUST CAUSE 2013

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9. It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: __Nov 12 2009__
   Date
   — Oct 19, 2009 on the phone, as well.

10. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: __12-22-2010__  Date #520-2010-00492
   - CIVIL RIGHTS 11-10-09
   - and SCI 11-10-09, 5-17-13, AND VIA PHONE
   - and OEO (11-03-2009 / 11-12-2009), 11-16-10 responded with no help to me.
   - Attorney General 6-10-11
   - 2012, 12-11, 1-13-10
   - POLICE 3-2-10, 2-23-2010, 2-8-10, 2-9-10

-4-

**Only litigants alleging age discrimination must answer Question #11.**

11. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*: *attached*

    ✓     60 days or more have elapsed.

    ____     less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission *(check one)*:

    ✓     has **not** issued a Right to Sue letter.

    ____     **has** issued a Right to Sue letter, which I **received on** _____.
                                                       Date

**NOTE:** Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, pre-judgment interest, costs, and attorney's fees.

Nov 4, 2015      [Plaintiff's signature]
PLAINTIFF'S SIGNATURE

Dated: 7-29-15

Address: 75-25 153 St
PH 23
Kew Garden Hills,
New York 11367

Phone Number: (347) 768-4043

rev. 3/14/13