UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LISA GINDI,

        Plaintiff,

- against -

THOMAS BENNETT, et al.,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
15-CV-6475 (RRM) (RER)

    A Memorandum and Order of the undersigned having been issued this day dismissing all claims against the defendant, and further directing the Clerk of Court to enter judgment accordingly and to close the case, it is hereby

    ORDERED, ADJUDGED and DECREED that plaintiff take nothing of defendant, that all claims brought by plaintiff as against defendant are dismissed, and that this case is hereby closed.

SO ORDERED.

Dated: Brooklyn, New York

      September 26, 2018

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge